LEON H. RUBIN, Respondent, *v.* EDMUND P. COTTLE et al., Individually and as Executors of OCTAVIUS O. COTTLE, Deceased, et al., Appellants, and CITY OF BUFFALO et al., Respondents.

Argued January 19, 1937; decided March 9, 1937.

*Edmund P. Cottle* for appellant.

*Gregory U. Harmon,* Corporation Counsel (*Bertha J. Strootman* of counsel), for City of Buffalo, defendant, respondent.

*Richard A. Friedson* for plaintiff, respondent.

Judgment affirmed, without costs; no opinion.

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, HUBBS, LOUGHRAN, FINCH and RIPPEY, JJ.